IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JESSE LONGFELLOW, | § | No. 121, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1109005393 (K) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:   June 7, 2017
Decided:   June 15, 2017

## ORDER

This 15th day of June 2017, it appears to the Court that, on May 25, 2017, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an official Form A by April 27, 2017 as directed by the Senior Court Clerk and his failure to file his notice of appeal within 30 days after entry upon the docket of the February 13, 2017 Superior Court orders he sought to appeal. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

_____
Justice